THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE JORDAN, Appellant.

Submitted May 17, 2010; decided June 3, 2010

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SEAN SMITH, Appellant.

Submitted May 10, 2010; decided June 3, 2010

Motion for an order pursuant to CPLR 1012 (b) (2) permitting movant City of New York to file a brief and participate in oral argument of the appeal granted in each respect.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANDREW MC-DANIELS, Appellant, v MICHAEL CORCORAN, Superintendent, Cayuga Correctional Facility, et al., Respondents.

Submitted May 12, 2010; decided June 3, 2010

Motion for leave to appeal dismissed upon the ground that relator has been released from custody and, therefore, his liberty is no longer restrained to such a degree as to entitle him to the extraordinary writ of habeas corpus (*see People ex rel. Wilder v Markley*, 26 NY2d 648 [1970]).